UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 05 B 23067
    STANLEY SOSZYNSKI
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3655
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/09/2005 and was confirmed 09/14/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  54.53% from remaining funds.

    The case was dismissed after confirmation 10/01/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT | SECURED | 614.59 | 14.35 | 614.59 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 23301.82 | .00 | 12349.50 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED NATIONAL BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK NA | UNSECURED | 3661.19 | .00 | 1940.36 |
| ECAST SETTLEMENT CORP | UNSECURED | 6189.83 | .00 | 3280.49 |
| ECAST SETTLEMENT CORP | UNSECURED | 2674.44 | .00 | 1417.40 |
| RESURGENT ACQUISITION LL | UNSECURED | 1543.27 | .00 | 817.91 |
| ECAST SETTLEMENT CORP | UNSECURED | 1647.24 | .00 | 876.47 |
| BEST BUY/HRS USA | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 3550.59 | .00 | 1881.75 |
| BP CITI | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2977.21 | .00 | 1577.86 |
| CARTE BLANCHE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL FINANCIAL CREDIT | UNSECURED | 9415.36 | .00 | 4989.96 |
| CHASE MANHATTAN | UNSECURED | NOT FILED | .00 | .00 |
| PARAGON WAY INC | UNSECURED | 7748.46 | .00 | 4106.54 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE FREEDOM | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 1373.83 | .00 | 728.10 |
| RESURGENT ACQUISITION LL | UNSECURED | 2939.26 | .00 | 1557.75 |
| RESURGENT ACQUISITION LL | UNSECURED | 2564.37 | .00 | 1359.06 |
| RESURGENT ACQUISITION LL | UNSECURED | 2380.65 | .00 | 1261.69 |
| RESURGENT ACQUISITION LL | UNSECURED | 7577.38 | .00 | 4015.86 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DINERS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 12482.77 | .00 | 6615.63 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 6226.21 | .00 | 3299.77 |
| CREDIT FIRST | UNSECURED OTH | 775.18 | .00 | 410.83 |
| ROUNDUP FUNDING LLC | UNSECURED | 3510.02 | .00 | 1860.25 |

```
ECAST SETTLEMENT CORP     UNSECURED      4007.77             .00        2124.04
ECAST SETTLEMENT CORP     UNSECURED       537.88             .00         285.07
CAPITAL ONE               UNSECURED       277.97             .00         134.57
MARATHON OIL              UNSECURED     NOT FILED            .00            .00
MBNA AMERICA              UNSECURED     NOT FILED            .00            .00
MONTAGUE CASTLE & LEGENS  UNSECURED     NOT FILED            .00            .00
OFFICE DEPOT TECH CARD    UNSECURED     NOT FILED            .00            .00
RADIO SHACK               UNSECURED     NOT FILED            .00            .00
RESURGENCE FINANCIAL LLC  UNSECURED     NOT FILED            .00            .00
FIRST USA BANK            NOTICE ONLY   NOT FILED            .00            .00
HARRIS NA                 NOTICE ONLY   NOT FILED            .00            .00
KAPLAN & CHAET LLC        NOTICE ONLY   NOT FILED            .00            .00
SAMS CLUB                 UNSECURED     NOT FILED            .00            .00
SEARS                     UNSECURED     NOT FILED            .00            .00
CBUSA SEARS               NOTICE ONLY   NOT FILED            .00            .00
SHELL CITICARD            UNSECURED     NOT FILED            .00            .00
AMERICAN EXPRESS TRAVEL   UNSECURED      3740.55             .00        1982.42
TARGET NATIONAL BANK      UNSECURED       693.80             .00         367.70
TEXACO                    UNSECURED     NOT FILED            .00            .00
WAL MART STORES INC       UNSECURED     NOT FILED            .00            .00
WAL MART STORES INC       UNSECURED     NOT FILED            .00            .00
AMERICAN EXPRESS TRAVEL   UNSECURED      5372.98             .00        2847.57
AMERICAN EXPRESS TRAVEL   UNSECURED      5912.45             .00        3133.49
ECAST SETTLEMENT CORP     UNSECURED      2051.94             .00        1087.39
RESURGENCE FINANCIAL LLC  UNSECURED      7173.29             .00        3801.63
LEDFORD & WU              DEBTOR ATTY   1,700.00                       1,700.00
TOM VAUGHN                TRUSTEE                                      4,546.14
DEBTOR REFUND             REFUND                                          13.86
```

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 77,000.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 614.59 |
| INTEREST | | 14.35 |
| UNSECURED | | 70,111.06 |
| ADMINISTRATIVE | | 1,700.00 |
| TRUSTEE COMPENSATION | | 4,546.14 |
| DEBTOR REFUND | | 13.86 |
| TOTALS | 77,000.00 | 77,000.00 |

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 23067 STANLEY SOSZYNSKI

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/26/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE